**Order entered December 21, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00959-CV

**SHANNELL YVONNE RICHARDS, Appellant**

**V.**

**DAVID RICHARDS, Appellee**

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-50782-2017**

## ORDER

Before the Court is appellant's Motion to Extend Time to File Brief. In light of the Court's opinion of this date granting appellant's Emergency Motion to Reverse and Remand for Judgment in Accordance with Amended Settlement Agreement, we **DENY AS MOOT** appellant's Motion to Extend Time to File Brief.

/s/     MOLLY FRANCIS
         JUSTICE